[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 09-10035
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUNE 9, 2009
THOMAS K. KAHN
CLERK

D. C. Docket No. 02-00122-CR-T-24EAJ

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ELGIN RAY LOFTON,
a.k.a. E-Luv,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(June 9, 2009)

Before BLACK, BARKETT and COX, Circuit Judges.

PER CURIAM:

Leonard E. Clark, appointed counsel for Elgin Ray Lofton in this 18 U.S.C. § 3582(c)(2) proceeding, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguably meritorious issues, counsel's motion to withdraw is GRANTED, and the denial of Lofton's § 3582(c)(2) motion is AFFIRMED.